1  WILLIAM H. KIMBALL (Bar No. 242626)
   whkimball@whkimball.com
2  LAW OFFICE OF WILLIAM H. KIMBALL
   803 Hearst Avenue
3  Berkeley, CA 94710
   (510) 704-1400 (Tel)
4  (510) 649-5050 (Fax)

5  Attorney for Defendant Eric Burton Benson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR-12-00480 YGR |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER MODIFYING SUMMONS DATE** |
| ERIC BURTON BENSON, | ) |
| Defendant | ) |

The parties hereby stipulate and move this Court to enter an order modifying the date and time that the defendant Eric Benson is summoned to appear before the Court to August 6, 2012, at 9:30 a.m.

The defendant Eric Benson is currently summoned to appear on July 24, 2012 at 9:30 a.m.

This motion is made due to the availability of Mr. Benson's counsel.

Mr. Benson has been informed of and consents to the proposed modification of the summons date.

Dated:                                        Respectfully Submitted,

LAW OFFICE OF WILLIAM H. KIMBALL

//s//

WILLIAM H. KIMBALL
ATTORNEY FOR ERIC BENSON

MELINDA L. HAAG
US ATTORNEY

//s//

WADE M. RHYNE
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: 07/18/12

_____
HON. DONNA M. RYU
US MAGISTRATE JUDGE

Stipulation and [Proposed] Order - 2